UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID POSCHMANN,

    Plaintiff,

v.                             CASE NO.: 6:21-cv-464-ACC-EJK

OCEAN ELEVEN NSB, LL,

    Defendant.
_____/

## ANSWERS TO COURT'S INTERROGATORIES

I, David Poschmann, declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct:

1. Residence Address.

    ANSWER: 1945 SE Carvalho Street, Port St. Lucie, Florida 34983.

2. Name of current employer and place of employment.

    ANSWER: None.

3. Date(s) and time(s) that you visited the facility.

    ANSWER: I visited the online reservation system (described in paragraph 4 of my Complaint) for Ocean Eleven Suites located in New Smyrna Beach on or about March 5, 2021. I don't recall the time of day.

4. Purpose of your visit (s) and duration of your stay (s).

    ANSWER: I visited the online reservation system (described in paragraph 4 of my Complaint) to book a guest room and utilize the goods, services, facilities, privileges, advantages and/or accommodations being offered and/or to test the online reservation system for compliance with 28 C.F.R. §36.302(e).

    a. What is the proximity of the business to the plaintiff's home/place of employment?

        ANSWER: Ocean Eleven Suites is located approximately 139 miles from my home. I do not have a place of employment.

    b. Describe the plaintiff's past patronage of the defendant's business.

ANSWER: None.

c. Describe the definiteness of the plaintiff's plans to return.

ANSWER: At this point, not knowing whether the hotel is accessible to me, I have no definite plans to visit the hotel but I will revisit the online reservation system within 30 days to determine whether I can use the hotel and to test the online reservation system for compliance with 28 CFR Section 36.302(e)(1).

5. Did anyone else accompany you? If so, who?

ANSWER: No.

6. Describe the nature of your disability.

ANSWER: My right leg has been amputated above the knee.

7. Specifically list each architectural barrier that you personally observed or experienced at the facility.

ANSWER: The issue in my Complaint is with the online reservation system for Ocean Eleven Suites and not with architectural barriers. Specifically, the online reservation system for Ocean Eleven Suites does not permit one to make a reservation for an accessible room and it does not identify or describe accessible features at the hotel, including in the guest rooms; once the online reservation system permits the reserving of an accessible room, which it does not now do: the room must be held until all other rooms of that type have been rented and the accessible room is the only remaining room of that type, the reserved accessible guest room reserved must be removed from all reservations systems, and the accessible guest room reserved through the online reservation system must be held for the reserving customer.

8. Did you take notes or make a contemporaneous record of these barriers? If so, attach a copy to these Answers.

ANSWER: No.

9. Please list any other Title III cases in which you have been a party in this District.

ANSWER: See attached.

3/21/2021
Date

D. Poschmann
David Poschmann

2

# Select A Case

**David Poschmann is a plaintiff in 100 cases.**

| | | | |
|---|---|---|---|
| 2:19-cv-00338-SPC-NPM | Poschmann v. First Central Investment Corp. | filed 05/24/19 | closed 10/15/19 |
| 2:19-cv-00349-JES-MRM | Poschmann v. Winyah, LLC | filed 05/28/19 | closed 07/10/19 |
| 2:19-cv-00359-JES-NPM | Poschmann v. Fountain TN, LLC | filed 05/30/19 | closed 12/04/19 |
| 2:19-cv-00364-SPC-NPM | Poschmann v. Sanibel Captiva Beach Resorts, LLC et al | filed 05/31/19 | closed 09/05/19 |
| 2:19-cv-00376-SPC-MRM | Poschmann v. SK FMB Group, LLC | filed 06/06/19 | closed 07/11/19 |
| 2:19-cv-00383-JES-NPM | Poschmann v. Naples Garden Inn, LLC | filed 06/09/19 | closed 09/05/19 |
| 2:19-cv-00402-SPC-MRM | Poschmann v. Shri Hanuman Hospitality, LLC | filed 06/14/19 | closed 07/12/19 |
| 2:19-cv-00428-JES-NPM | Poschmann v. River's Edge Motel, Inc. | filed 06/25/19 | closed 09/30/19 |
| 2:19-cv-00445-SPC-MRM | Poschmann v. Estancia US, LLC | filed 06/27/19 | closed 11/04/19 |
| 2:19-cv-00465-JES-MRM | Poschmann v. Marco Beach Vacation Suites, LLC | filed 07/05/19 | closed 07/31/19 |
| 2:19-cv-00472-JES-MRM | Poschmann v. Everglades Hospitality Resorts, LLC | filed 07/10/19 | closed 09/30/19 |
| 2:19-cv-00495-JES-NPM | Poschmann v. Jay Varahi Motel, LLC | filed 07/17/19 | closed 08/26/19 |
| 2:20-cv-00039-JES- | Poschmann v. Messick | filed 01/17/20 | closed 03/17/20 |

NPM

| | | | |
|---|---|---|---|
| 2:20-cv-00368-JLB-MRM | Poschmann v. Chokoloskee Island Park, LLC | filed 05/21/20 | closed 08/06/20 |
| 2:20-cv-00595-JLB-MRM | Poschmann v. Basil Castrovinci Associates Of Florida, LLC | filed 08/17/20 | closed 09/24/20 |
| 2:20-cv-00719-SPC-MRM | Poschmann v. Punta Gorda Hotel, LLC | filed 09/17/20 | closed 12/04/20 |
| 2:20-cv-00786-JLB-NPM | Poschmann v. Casa Ybel Resort Limited Partnership | filed 10/07/20 | closed 12/30/20 |
| 2:20-cv-00821-SPC-NPM | Poschmann v. Stilwell Management, LLC | filed 10/15/20 | closed 02/02/21 |
| 2:20-cv-00911-JES-MRM | Poschmann v. Lely Development Corporation | filed 11/17/20 | closed 01/13/21 |
| 2:20-cv-00929-JLB-MRM | Poschmann v. Shell Mar, LLC | filed 11/23/20 | closed 01/06/21 |
| 2:20-cv-00949-JLB-MRM | Poschmann v. Clewiston Marina, Inc. | filed 12/02/20 | closed 03/16/21 |
| 2:21-cv-00049-JLB-NPM | Poschmann v. R.L.R. Investments, LLC | filed 01/19/21 | |
| 2:21-cv-00157-SPC-NPM | Poschmann v. Island Inn Company | filed 02/26/21 | |
| 2:21-cv-00233-SPC-NPM | Poschmann v. Lisay et al | filed 03/18/21 | |
| 3:19-cv-01317-MMH-JRK | Poschmann v. Oceanside Cottages, LLC | filed 11/12/19 | closed 02/07/20 |
| 3:19-cv-01334-BJD-PDB | Poschmann v. Mr & Mrs H Enterprises, Inc. | filed 11/15/19 | closed 01/08/20 |
| 3:20-cv-00537-BJD-JBT | Poschmann v. North Florida Resort, Inc. | filed 05/29/20 | closed 07/27/20 |

| Case Number | Case Name | Filed | Closed |
|---|---|---|---|
| 3:20-cv-00818-TJC-JRK | Poschmann v. Hammock Beach Acquisition Group, LLC | filed 07/22/20 | closed 09/17/20 |
| 3:20-cv-00858-TJC-PDB | Poschmann v. Casa Marina Hotel and Restaurant, Inc. | filed 07/31/20 | closed 09/29/20 |
| 5:20-cv-00216-JSM-PRL | Poschmann v. Fisherman's Cove Golf & R.V. Resort, Inc. | filed 05/13/20 | closed 07/08/20 |
| 5:20-cv-00227-JSM-PRL | Poschmann v. Unified Enterprises, LLC | filed 05/22/20 | |
| 5:20-cv-00253-JSM-PRL | Poschmann v. Mill Dam MHP, LLC | filed 06/04/20 | closed 07/01/20 |
| 5:20-cv-00429-JSM-PRL | Poschmann v. RV Village On Lake Panasoffkee, LLC | filed 09/09/20 | closed 11/03/20 |
| 5:20-cv-00487-JSM-PRL | Poschmann v. Port of Call Yacht Club, LLC | filed 10/06/20 | closed 11/04/20 |
| 5:21-cv-00077-JSM-PRL | Poschmann v. Packing House By-Products Co. | filed 02/05/21 | closed 03/10/21 |
| 5:21-cv-00173-JSM-PRL | Poschmann v. 1st Jamerican, Inc. | filed 03/22/21 | |
| 6:19-cv-01944-JA-LRH | Poschmann v. Madisonville Enterprises, LLC | filed 10/10/19 | closed 11/07/19 |
| 6:19-cv-01951-RBD-LRH | Poschmann v. Castle By The Beach, LLC | filed 10/11/19 | closed 01/16/20 |
| 6:19-cv-01969-PGB-LRH | Poschmann v. South Beach Inn, LLC | filed 10/16/19 | closed 01/15/20 |
| 6:19-cv-02078-CEM-GJK | Poschmann v. TBHC, Inc. | filed 10/29/19 | closed 12/13/19 |
| 6:19-cv-02123-ACC-DCI | Poschmann v. Carlton USA, Inc. | filed 11/06/19 | closed 01/09/20 |
| 6:19-cv-02210-RBD- | Poschmann v. Riverview Hotel, LLC | filed 11/20/19 | closed 02/10/20 |

EJK

| | | | |
|---|---|---|---|
| 6:19-cv-02256-JA-LRH | Poschmann v. Daytona Cove, LLC | filed 11/27/19 | closed 01/27/20 |
| 6:19-cv-02262-WWB-LRH | Poschmann v. Petrenko | filed 11/29/19 | closed 02/10/20 |
| 6:19-cv-02331-RBD-GJK | Poschmann v. Servant Hotels, LLC et al | filed 12/11/19 | closed 02/18/20 |
| 6:20-cv-01099-CEM-EJK | Poschmann v. Lakeside Operating Partnership, L.P. | filed 06/22/20 | closed 10/07/20 |
| 6:20-cv-01100-WWB-DCI | Poschmann v. Asia Investment Group III, LLC | filed 06/22/20 | closed 07/22/20 |
| 6:20-cv-01373-CEM-GJK | Poschmann v. Beach Quarters Resort, LLC | filed 07/31/20 | closed 09/28/20 |
| 6:20-cv-01508-PGB-GJK | Poschmann v. Seashell Suites, Inc. | filed 08/19/20 | closed 11/20/20 |
| 6:20-cv-01512-RBD-EJK | Poschmann v. Executive Garden Titusville Hotel, LLC | filed 08/20/20 | closed 12/18/20 |
| 6:20-cv-01541-RBD-DCI | Poschmann v. Timescape Resorts, LLC | filed 08/25/20 | closed 12/18/20 |
| 6:20-cv-01549-WWB-LRH | Poschmann v. Windemere By The Sea, LLC | filed 08/26/20 | closed 11/18/20 |
| 6:20-cv-01552-RBD-LRH | Poschmann v. Ravina, Inc. | filed 08/26/20 | closed 10/08/20 |
| 6:20-cv-01695-RBD-EJK | Poschmann v. Nikesh, Inc. | filed 09/15/20 | closed 02/08/21 |
| 6:20-cv-01731-PGB-DCI | Poschmann v. Sea View Inn, LLC. | filed 09/22/20 | closed 11/09/20 |
| 6:20-cv-02042-CEM-EJK | Poschmann v. Luxury Residential Resorts, LLC | filed 11/04/20 | |

| Case | Title | Filed | Closed |
|---|---|---|---|
| 6:20-cv-02043-CEM-GJK | Poschmann v. LRR Margaritaville, LLC | filed 11/04/20 | closed 03/24/21 |
| 6:20-cv-02044-RBD-EJK | Poschmann v. LRR Spectrum, LLC | filed 11/04/20 | |
| 6:20-cv-02045-PGB-DCI | Poschmann v. LRR Bear's Den, LLC | filed 11/04/20 | closed 03/24/21 |
| 6:20-cv-02253-WWB-DCI | Poschmann v. East India Trading Co., Inc. | filed 12/11/20 | closed 01/27/21 |
| 6:20-cv-02395-PGB-LRH | Poschmann v. Initium Investments, LLC | filed 12/30/20 | |
| 6:21-cv-00065-PGB-LRH | Poschmann v. Cape Crossing Vacation Rentals, LLC | filed 01/08/21 | |
| 6:21-cv-00179-CEM-GJK | Poschmann v. Tropical Manor House, LLC | filed 01/26/21 | closed 02/23/21 |
| 6:21-cv-00464-ACC-EJK | Poschmann v. Ocean Eleven NSB, LLC | filed 03/12/21 | |
| 8:19-cv-01278-MSS-JSS | Poschmann v. Klasing & Klasing, LLC | filed 05/24/19 | closed 06/13/19 |
| 8:19-cv-02723-JSM-CPT | Poschmann v. Ramshiva Hotels, LLC | filed 10/31/19 | closed 02/03/20 |
| 8:19-cv-02890-CEH-JSS | Poschmann v. Tri Star Properties, LLC | filed 11/22/19 | closed 01/31/20 |
| 8:19-cv-02931-JSM-CPT | Poschmann v. Alastair | filed 11/26/19 | closed 02/25/20 |
| 8:19-cv-03059-SCB-CPT | Poschmann v. The Diplomat Association, Inc. | filed 12/12/19 | closed 05/20/20 |
| 8:20-cv-00028-MSS-JSS | Poschmann v. Island Resort, LLC | filed 01/06/20 | closed 03/04/20 |
| 8:20-cv-00129-VMC- | Poschmann v. Pride Enterprises, LLP | filed 01/16/20 | closed 03/03/20 |

SPF

| Case Number | Caption | Filed | Closed |
|---|---|---|---|
| 8:20-cv-00248-CEH-AEP | Poschmann v. Robert Cius, PA | filed 01/31/20 | closed 09/14/20 |
| 8:20-cv-00303-MSS-CPT | Poschmann v. Salamander Innisbrook, LLC | filed 02/07/20 | closed 06/23/20 |
| 8:20-cv-00312-CEH-AEP | Poschmann v. Taylor Arcade, Inc. | filed 02/10/20 | closed 03/31/20 |
| 8:20-cv-00411-MSS-CPT | Poschmann v. U And M Property Management 2, LLC | filed 02/21/20 | closed 04/22/20 |
| 8:20-cv-01380-CEH-SPF | Poschmann v. Miramar Resort St. Pete, LLC | filed 06/15/20 | closed 07/21/20 |
| 8:20-cv-01773-TPB-CPT | Poschmann v. Sunshine Cozy Cottages, LLC | filed 07/31/20 | closed 09/22/20 |
| 8:20-cv-01805-VMC-AEP | Poschmann v. Charmi, LLC | filed 08/04/20 | closed 10/06/20 |
| 8:20-cv-01806-JSM-AAS | Poschmann v. Manasota Beach Club, Inc. | filed 08/04/20 | closed 09/14/20 |
| 8:20-cv-01900-JSM-AAS | Poschmann v. Shree Varahi Motel, Inc. | filed 08/17/20 | closed 10/19/20 |
| 8:20-cv-02108-WFJ-SPF | Poschmann v. Tropical Villas of Venice Beach, LLC | filed 09/09/20 | closed 11/10/20 |
| 8:20-cv-02111-TPB-AEP | Poschmann v. Haley's Motel, Inc. | filed 09/09/20 | closed 10/08/20 |
| 8:20-cv-02171-SDM-JSS | Poschmann v. On The Beach Casey Key, LLC | filed 09/15/20 | closed 11/23/20 |
| 8:20-cv-02319-TPB-JSS | Poschmann v. Slow And Steady, LLC | filed 10/01/20 | closed 12/30/20 |
| 8:20-cv-02416-SDM-TGW | Poschmann v. Molloy Gulf Motel, Inc. | filed 10/15/20 | closed 12/16/20 |

| Case Number | Case Name | Filed | Closed |
|---|---|---|---|
| 8:20-cv-02619-SDM-TGW | Poschmann v. Beach Haven, LLC | filed 11/09/20 | closed 01/05/21 |
| 8:20-cv-02632-WFJ-TGW | Poschmann v. Siesta Key Bungalows, Inc. | filed 11/10/20 | closed 01/15/21 |
| 8:20-cv-02643-JSM-AEP | Poschmann v. H & H's Beach Place, LLC | filed 11/11/20 | closed 12/22/20 |
| 8:20-cv-02658-SDM-JSS | Poschmann v. Barefoot Bay of Florida, Inc. | filed 11/12/20 | closed 01/08/21 |
| 8:20-cv-02712-JSM-AAS | Poschmann v. Rich Treasure Island, LLC | filed 11/17/20 | closed 02/22/21 |
| 8:20-cv-02765-WFJ-SPF | Poschmann v. Angels Nest, L.C. | filed 11/23/20 | closed 12/18/20 |
| 8:20-cv-02774-SCB-CPT | Poschmann v. JJB Property Holdings, LLC | filed 11/24/20 | closed 02/12/21 |
| 8:20-cv-02838-VMC-TGW | Poschmann v. Beach Bum Vacation Resorts, LLC | filed 12/02/20 | closed 12/28/20 |
| 8:21-cv-00052-KKM-JSS | Poschmann v. McCready | filed 01/08/21 | closed 02/19/21 |
| 8:21-cv-00065-SCB-CPT | Poschmann v. Calusa Vacations Limited Partnership | filed 01/11/21 | closed 03/08/21 |
| 8:21-cv-00281-KKM-TGW | Poschmann v. Resort At Canopy Oaks, LLC | filed 02/05/21 | |
| 8:21-cv-00326-VMC-CPT | Poschmann v. Mainsail Ami Beach Inn, LLLP | filed 02/10/21 | |
| 8:21-cv-00355-WFJ-AAS | Poschmann v. MLDS, LLC | filed 02/12/21 | |
| 8:21-cv-00463-CEH-AEP | Poschmann v. Alamos Investments Florida, LLC | filed 02/26/21 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/25/2021 10:11:32 | | | |
| PACER Login: | lsarkin123:2726093:0 | Client Code: | dd |
| Description: | Search | Search Criteria: | Last Name: poschmann First Name: david |
| Billable Pages: | 4 | Cost: | 0.40 |