UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

DAVID POSCHMANN,

    Plaintiff,

v.                                       Case No. 6:21-cv-00464-ACC-EJK

OCEAN ELEVEN NSB, LLC,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    Defendant, OCEAN ELEVEN NSB, LLC, (Defendant) by and through undersigned counsel hereby files this Notice of Settlement and advises this Court that the Parties have fully resolved this dispute and are in the process of preparing and finalizing the necessary documents for final disposition of this matter.

    Dated this 19th day of May, 2021.

Respectfully submitted,

Spire Law, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: <u>/s/Ashwin R. Trehan</u>
Ashwin R. Trehan, Esq.
Florida Bar No. 42675
<u>/s/Jesse I. Unruh</u>
Jesse I. Unruh, Esq.
Florida Bar No. 93121
ashwin@spirelawfirm.com
jesse@spirelawfirm.com
lauren@spirelawfirm.com
laura@spirelawfirm.com

Attorney for Defendant | OCEAN ELEVEN NSB, LLC,

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 19th day of May, 2021, the foregoing was electronically filed with the Court by using the Middle District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Lee D. Sarkin, Esquire; Drew M. Levitt, Esquire at drewmlevitt@gmail.com; lsarkin@aol.com at 4700 N.W. Boca Raton Boulevard, Suite 302, Boca Raton, FL 33431.

<u>/s/ Ashwin R. Trehan</u>
Attorney